1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  NATHAN KAREEN HILL,

9                    Plaintiff,          CASE NO. C17-434-RSM

10     v.                                 **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

11  STATE OF WASHINGTON,

12                    Defendant.

13   Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiff

14  may proceed without prepayment of costs or fees or the necessity of giving security therefore.

15   The Clerk is directed to send a copy of this Order to plaintiff.

16   DATED this 22nd day of March, 2017.

17
18                                          _____
                                            BRIAN A. TSUCHIDA
19                                          United States Magistrate Judge

20
21
22
23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1