# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NATHAN KAREEN HILL, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Defendant. | CASE NO. C17-434 MJP <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

On May 10, 2017, the parties were directed to confer with each other and file a Joint Status Report by June 21, 2017. (Dkt. No. 9.) Instead of a Joint Status Report, Plaintiff filed a unilateral status report (Dkt. No. 11) and a motion for default. (Dkt. No. 11.) Lacking any evidence that Defendant had been properly served, the Court denied the motion for default. (Dkt. No. 13.)

On September 6, 2017, the Court issued an order advising the parties that, if a Joint Status Report was not filed by September 20, 2017, sanctions would be ordered, up to and

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1

including dismissal of the action.  As of this date, no Joint Status Report has been filed.

Accordingly,

    IT IS ORDERED that this matter is DISMISSED without prejudice for failure to prosecute the action.

    The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Dated October 5, 2017.

Marsha J. Pechman
United States District Judge